## FITE *et al.* v. THWEATT.

PER CURIAM. A rehearing was granted in this case; and after further consideration the former opinion and judgment of affirmance is withdrawn, and the following substituted:

1. "Creditors without lien can not, as a general rule, enjoin their debtors from disposing of property, nor obtain injunction or other extraordinary relief in equity." Civil Code (1910), § 5495. See *Cunningham* v. *Williams,* 135 *Ga.* 249 (69 S. E. 101); *Virginia-Carolina Chemical Co.* v. *Everett,* 149 *Ga.* 681 (101 S. E. 805). While there are exceptions to the general rule just stated, no facts are alleged in the instant case that would take it without the general rule. The decision in *Hermann* v. *Mobley,* 172 *Ga.* 380 (158 S. E. 38), and in cases there cited, involved facts that took those cases without the general rule; and the rulings there made are not applicable to the present case.

2. The court erred in overruling the demurrer to the petition, and in not dismissing the case.

494

3. The rulings stated above being controlling, all subsequent proceedings in the case were nugatory. *Judgment reversed. All the Justices concur.*

No. 9655. February 19, 1934.

*Branch & Howard, Mundy & Mundy,* and *E. S. Ault,* for plaintiffs in error.

*William H. Trawick, John K. Davis,* and *Arnold, Arnold & Gambrell,* contra.